IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:97CV127-V

| | |
|---|---|
| Elizabeth Smith,<br><br>Plaintiff,<br><br>vs.<br><br>First Union National Bank,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED
CHARLOTTE, N. C.

APR 10 2001

U. S. DISTRICT COURT
W. DIST. OF N. C.

## MEDIATOR'S REPORT

Pursuant to the requirements of Rule 16.3 of the Local Rules for the United States District Court for the Western District of North Carolina, the undersigned mediator herewith makes the following report to the court:

1. On April 5, 2001 the undersigned conducted a mediation of this matter.

2. As a result of this mediation, the parties have reached a settlement of all issues and will file appropriate dismissal papers with the court within thirty days.

This 6th day of April, 2001.

Paul B. Taylor
Certified Mediator

## CERTIFICATE OF SERVICE

The undersigned mediator hereby certifies that a copy of the foregoing Mediator's Report was sent to counsel for the Plaintiff and counsel for the Defendant by depositing a copy of the same in the United States Mail, postage prepaid, to the following:

Charles E. Johnson, Esq.
Robinson, Bradshaw & Hinson, P.A.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246-1900

Charles McB. Sasser, Esq.
Cox, Gage & Sasser
227 W. Trade Street
Suite 2160
Charlotte, NC 28202

Julie Fosbinder, Esq.
3809 Park Road
Charlotte, NC 28214

This 6th day of April, 2001.

_____
Paul B. Taylor
737 East Boulevard
Charlotte, NC 28203
(704) 375-6022

cc: Presiding Judge