IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3 : 97CV-127-V

| | |
|---|---|
| ELIZABETH F. SMITH,<br><br>          Plaintiff,<br><br>v.<br><br>FIRST UNION NATIONAL BANK,<br><br>          Defendant. | STIPULATION OF DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a), the parties stipulate as follows:

1. Plaintiff hereby dismisses her complaint with prejudice.

2. The parties shall bear their own costs.

This ____ day of January, 2002.

_____
Charles McB. Sasser
COX, GAGE & SASSER
227 West Trade Street, Suite 2160
Charlotte, NC 28202
(704) 342-4200

Julie H. Fosbinder
Attorney At Law
3809 Park Road
Charlotte, NC 28209
(704) 522-7500

Attorneys for Plaintiff
Elizabeth F. Smith

*Charles E. Johnson* (signature)

Charles E. Johnson
Angelique R. Vincent

ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536

Attorneys for Defendant
First Union National Bank

C-722691v01 15203.00030